**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DAWN NICOSIA, Individually and on Behalf of All Other Persons Similarly Situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:26-cv-00259-SHL-SBJ |
| HY-VEE, INC., | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff, Dawn Nicosia, and Defendant, Hy-Vee, Inc., by and through their undersigned counsel, pursuant to the Court's July 30, 2026 Text Order (ECF No. 29), provide the following status report:

1. On August 17, 2026, Defendant informed Plaintiffs it does not agree to either early mediation or stipulating to conditional certification and sending court-authorized notice to the putative collective. Therefore, as provided for in the Parties' Joint Motion to Extend Deadlines (ECF No. 26), the parties propose a briefing schedule on Plaintiffs' motion for FLSA conditional certification and sending Court-authorized notice, with discovery to commence after the Court rules on that motion. Because there is no agreement between the Parties to toll the statute of limitations of the putative collective members' claims, Plaintiffs propose the following briefing schedule consistent with L.R. 7(e) and 7(g):

    a. Plaintiffs' motion will be filed within 21 days, by September 10, 2026.

    b. Defendant's response brief will be filed within 14 days, by September 24, 2026.

    c. Plaintiffs' reply brief will be filed within 7 days, by October 1, 2026.

2. Defendant proposes the following briefing schedule, which extends the L.R. 7(e) deadline by 14 days:

a. Plaintiffs' motion will be filed within 21 days, by September 10, 2026.

b. Defendant's response brief will be filed within 28 days, by October 8, 2026.

c. Plaintiffs' reply brief will be filed within 7 days, by October 15, 2026.

3. Additionally, given the scope of the requested collective in terms of the job titles and stores worked, and given the number of Opt-in Plaintiffs to date, the Parties anticipate they will need to file principal briefs in excess of the 20-page limit set forth in L.R. 7(h). Therefore, the Parties request leave to file principal briefs no longer than 30 pages, exclusive of the Table of Contents, Table of Authorities, and signature block.

4. The Parties also request that the deadline imposed under L.R. 23 that "in any action brought as a class or representative action, the party seeking to maintain the action as a class or representative action must, within 180 days after commencement of, file a separate motion for certification" also be extended until after the Parties have completed discovery (which will commence after the FLSA court-authorized notice period, if granted, or after denial of Plaintiff's motion, if denied). The Parties request that they propose a deadline for that class certification motion in the proposed scheduling order and discovery plan, when one is Ordered.

Dated: August 20, 2026 Respectfully submitted,

By: *s/ Bethany A. Hilbert*
C. Andrew Head (IL ARDC 6318974)*
Bethany Hilbert (IL ARDC 6280213)*
Head Law Firm, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Tel: (404) 924-4151
Fax: (404) 796-7338
Email: bhilbert@headlawfirm.com

By: s /*Grant D. Goerke*
John H. Lassetter (MN Bar No. 0389009)*
jlassetter@littler.com
Grant D. Goerke (MN Bar No. 0395226)*
ggoerke@littler.com
Brendan C. Johnson (MN Bar No. 0403009)*
bcjohnson@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center

ahead@headlawfirm.com

By: _/s/ Madison Fiedler-Carlson_________
FIEDLER LAW FIRM, P.L.C.
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, Iowa 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923

Kevin J. Stoops*
Sommers Schwartz, P.C.
1 Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300
Fax: (248) 936-2143
Email: kstoops@sommerspc.com

*admitted pro hac vice

*Attorneys for Plaintiffs, the Collective, and Class*

80 South 8th Street
Minneapolis, Minnesota 55402-2136
Tel: 612.630.1000
Fax: 612.630.9626

Jeannie M. DeVeney, IA Bar No. 19283
jdeveney@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street
Suite 1450
Kansas City, Missouri 64106
Tel: 816.627.4400
Fax: 816.627.4444

*admitted pro hac vice

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

By: /s/ Bethany Hilbert
Bethany Hilbert